IN RE DECLARATORY RULING BY N.C. COMM'R OF INS.

No. 368P99

Case below: 134 N.C.App. 23

Motion by respondent to dismiss appeal by petitioners (Employers Health Insurance Company and Blue Cross and Blue Shield of N.C.) for lack of substantial constitutional question allowed 7 October 1999. Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

IN RE ESTATE OF HILL

No. 404P99

Case below: 134 N.C.App. 376

Notice of appeal by petitioner (Thomas Hill) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 4 November 1999. Petition by petitioner (Thomas Hill) for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999. Justice Martin recused.

IN RE ESTATE OF HILL

No. 414P99

Case below: 134 N.C.App. 498

Notice of appeal by petitioner (Thomas Hill) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 4 November 1999. Petition by petitioner (Thomas Hill) for discretionary review pursuant to G.S. 7A-31 denied 4 November 1999. Justice Martin recused.

IN RE T. S.

No. 251P99

Case below: 133 N.C.App. 272

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 7 October 1999. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.